IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY POPA, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>HARRIET CARTER GIFTS, INC. *a Pennsylvania corporation* and NAVISTONE, INC. *a Delaware corporation,*<br><br>*Defendants.* | Civil Action No. 2:19-cv-450<br><br>Hon. William S. Stickman IV |

## JUDGMENT ORDER

AND NOW, this 17th day of June 2021, IT IS HEREBY ORDERED that pursuant to the Memorandum Opinion and ensuing Order of Court, judgment is entered in favor of Defendants, Harriet Carter Gifts, Inc. and Navistone, Inc., and against Plaintiff, Ashley Popa. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE