IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY POPA, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARRIET CARTER GIFTS, INC., a Pennsylvania corporation, and NAVISTONE, INC., a Delaware corporation,<br><br>　　　Defendants. | Civil Action No.  2:19-cv-450<br><br>Hon. William S. Stickman IV |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiff Ashley Popa hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's June 17, 2021 Opinion on Summary Judgment (ECF No. 116), Order Granting Defendants' Motion for Summary Judgment (ECF No. 117), and Judgment in Favor of Defendants (ECF No. 118).

| | |
|---|---|
| Date:   June 22, 2021 | Respectfully submitted,<br><br>*/s/ Kelly K. Iverson*<br>Gary F. Lynch<br>Kelly K. Iverson<br>Elizabeth Pollock-Avery<br>**CARLSON LYNCH LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>P (412) 322-9243<br>F. (412) 231-0246<br>glynch@carlsonlynch.com<br>kiverson@carlsonlynch.com<br>eavery@carlsonlynch.com<br><br>*Attorneys for Plaintiffs* |

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 22, 2021 a true and correct copy of the foregoing has been served via CM/ECF filing system to all counsel of record.

<u>/s/ Kelly K. Iverson</u><br>
Kelly K. Iverson