UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY POPA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIET CARTER GIFTS, INC., a Pennsylvania corporation, and NAVISTONE, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 2:19-cv-00450-WSS |

**[PROPOSED] ORDER AMENDING SECOND CASE MANAGEMENT ORDER**

On consideration of the Second Consent Motion to Amend Second Case Management Order, it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Second Case Management Order (ECF 126) shall be amended to include the following deadlines:

- Additional and supplemental expert disclosures by the parties addressing the issues of location, privacy policy, and consent within 90 days of the Court's order amending the Second Case Management Order;

- Additional and supplemental rebuttal expert disclosures by the parties within 30 days of the close of the expert disclosure period;

- Depositions of any designated expert, with the parties cooperating to ensure that they are completed within 30 days of the close of the rebuttal expert disclosure period;

- Defendants' summary judgment motion to be filed within 28 days of the close of the expert deposition period;

2

- Plaintiff's opposition to be filed within 28 days of the date Defendants' summary judgment motion is filed; and

- Defendants' reply to be filed within 14 days of the date Plaintiff's opposition is filed.

Dated:_____                    _____
                                          HON. WILLIAM S. STICKMAN IV
                                          UNITED STATES DISTRICT JUDGE