UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ASHLEY POPA, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

HARRIET CARTER GIFTS, INC., a
Pennsylvania corporation, and NAVISTONE,
INC., a Delaware corporation,

     Defendants.

Case No. 2:19-cv-00450-WSS

## ORDER AMENDING SECOND CASE MANAGEMENT ORDER

On consideration of the Third Consent Motion to Amend Second Case Management Order,

it is hereby ORDERED that the Motion is GRANTED; and it is further ORDERED that the Second

Case Management Order (ECF 126) shall be amended as follows:

- Defendants' summary judgment motion to be filed by **May 31, 2024;**

- Plaintiff's opposition to be filed by **July 2, 2024;** and

- Defendants' reply to be filed by **July 16, 2024**.

Dated:___5/7/24_____

                                                                             HON. WILLIAM S. STICKMAN IV
                                                                             UNITED STATES DISTRICT JUDGE