IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY POPA, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>HARRIET CARTER GIFTS, INC. *a Pennsylvania corporation* and NAVISTONE, INC. *a Delaware corporation*,<br><br>*Defendants*. | Civil Action No. 2:19-cv-450<br><br>Hon. William S. Stickman IV |

## **JUDGMENT ORDER**

AND NOW, this **24** day of March 2025, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Defendants Harriet Carter Gifts, Inc. and Navistone, Inc., and against Plaintiff Ashley Popa. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE